WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SUSAN ELLIS**,                                                                           CV # 05-1278-MA

    Plaintiff,

vs.                                                                                                    ORDER

**COMMISSIONER of Social Security**,

    Defendant.

---

Attorney fees in the amount of $4,800.00 and expenses in the amount of $15.98 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $259.90 are awarded pursuant to 28 U.S.C. § 1920.

DATED this 27 day of October, 2006.

                                                              /s/ Malcolm F. Marsh
                                                              United States District Judge

Submitted on October 20, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
    Attorney for Plaintiff

ORDER - Page 1

Susan Ellis
CIVIL ACTION NO. 05-1278-MA

<u>Federal Court Expenses</u>:

    Filing and service postage for Plaintiff's Federal Court Complaint
        and Supporting Documents .......................... $14.87

    Filing postage for Plaintiff's Opening Brief ..................... $1.11

<u>Total Expenses</u>: **$15.98.**

<u>Federal Court Costs</u>:

    Federal Court filing fee ............................... $250.00

    Copy costs for Plaintiff's Federal Court Complaint and
        Supporting Documents ............................ $3.90

    Copy costs for Plaintiff's Opening Brief ........................ $6.00

<u>Total Costs</u>: **$259.90.**

SCHEDULE A - page 1
Attachment to court ORDER